U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 2 2007

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSE VAN MYERS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-CV-0865-B |
| | ) | |
| BILL CHAPMAN, Assistant | ) | |
| Superintendent, Ennis ISD, | ) | |
|     Defendant. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are accepted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that Defendant Bill Chapman is DISMISSED with prejudice, see 28 U.S.C. §§ 1915e(2)(B)(ii), and that service of process is issued as to the Ennis ISD. Since Plaintiff was previously granted leave to proceed *in forma pauperis*, the Clerk is directed to prepare and issue SUMMONS for Superindent Dr. Eddie Dunn, Ennis ISD, 303 W. Knox St., Ennis, Texas 75119, see Tex. Civ. Prac. & Rem. Code § 17.024(c), and deliver the same to the United States Marshal for service of process pursuant to Rule 4, Federal Rules of Civil Procedure, along with a copy of the complaint, and the recommendation of the Magistrate Judge.

Signed this 2nd day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE