ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 2 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSE VAN MYERS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-CV-0865-B |
| | ) | ECF |
| BILL CHAPMAN, Assistant | ) | |
| Superintendent, Ennis ISD, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DISMISSES with prejudice Defendant Bill Chapman, see 28 U.S.C. §§ 1915e(2)(B)(ii), and GRANTS Plaintiff twenty (20) days from the date of this order to file an amended complaint naming the proper employer for service of process.

Signed this 2nd day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

# CLOSED

## CASE NUMBER: 3:07-CV-0865-B

## DATE: JULY 2, 2007

## TRIAL:   YES__X____   NO_____